IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: EFREM ELLIOTT                                   CASE NO. 5:17-11563
DEBTOR(S)                                              CHAPTER 13

## MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor by and through his attorney, Kent Pray, and for his Modification of Chapter 13 Plan state(s):

1. Payments shall be made in the sum of $330.00 monthly. The debtor is paid monthly. This modification increases the effect of the amount of the plan payment.

2. The plan length from the date of filing shall be <u>60</u> months. This modification does not affect the length of the plan.

3. Unsecured creditors -treatment shall remain the same.

4. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

5. All other provisions as set forth in the last confirmed plan shall remain the same.

6. Debtor will pay all disposable income to the Trustee into the plan as required by the Bankruptcy Code.

Date: 10/26/17

                                            Respectfully Submitted

                                            \s\ Kent Pray

                                            _____
Kent Pray, Bar No. 91228  
Christian W. Frank, Bar No. 01219  
Attorneys for Debtor(s)  
PRAY LAW FIRM, P.A.  
P. O. Box 94224  
N. Little Rock, AR  72190  
(501) 771-7733

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: EFREM ELLIOTT  
DEBTOR(S)

CASE NO. 5:17-11563  
CHAPTER 13

## NOTICE OF OPPORTUNITY TO OBJECT TO AMENDED PLAN

You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1325 and Rule 2002(b) of the Rules of Bankruptcy Procedure. Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-eight (28) days from the date of this notice, with the U.S. Bankruptcy Court, 300 W. 2nd St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, AR 72221-8202.

If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Kent Pray, Bar No. 91228  
Christian W. Frank, Bar No. 01219  
Attorneys for Debtor(s)  
PRAY LAW FIRM, P.A.  
P. O. Box 94224  
N. Little Rock, AR  72190  
(501) 771-7733

\s\ Kent Pray

Date: 10/26/17

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Jack W. Gooding, Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

Efrem Elliott
PO Box 566
Altheimer, AR 72004

Legal Division
Employment Security Div.
P. O. Box 2981
Little Rock, AR 72203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

U. S. Attorney
Eastern District
P. O. Box 1229
Little Rock, AR 72203

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

And to those attached:

Dated: 10/26/17

\s\ Kent Pray

Kent Pray, Bar No. 91228
Christian W. Frank, Bar No. 01219
Attorneys for Debtor(s)
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR 72190
(501) 771-7733

```
Label Matrix for local noticing          Pine Bluff Cotton Belt Federal Credit Union   Pine Bluff Division
0860-5                                   1703 River Pines Blvd.                        U.S. Bankruptcy Court
Case 5:17-bk-11563                       Pine Bluff, AR 71601-5499                     300 W. 2nd Street
Eastern District of Arkansas                                                           Little Rock, AR 72201-2400
Pine Bluff
Thu Oct 26 15:03:30 CDT 2017

AT&T Mobility II LLC                     Capital One                                   Cotton Belt Federal Credit Uni
c/o AT&T SERVICES INC.                   PO Box 60599                                  1703 River Pines Drive
KAREN A. CAVAGNARO  LEAD PARALEGAL       City of Industry, CA 91716-0599               Pine Bluff, AR 71601-5499
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

ENTERGY ARKANSAS, INC                    First Permier Bank                            JRMC
4809 Jefferson Hwy. Ste. A.              P.O. Box 5529                                 1515 W. 42nd
Jon Majewski L-JEF-359                   Sioux Falls, SD 57117-5529                    Pine Bluff, AR 71601
New Orleans, LA 70121-3138

John Gibson/Cannon Finance               (p)PORTFOLIO RECOVERY ASSOCIATES LLC          PROFESSIONAL CREDIT MANAGEMENT
1425 Airport Rd                          PO BOX 41067                                  PO BOX 4037
Hot Springs National, AR 71913-7955      NORFOLK VA 23541-1067                         JONESBORO, AR 72403-4037

Paul Bennett, Attorney                   Pine Bluff Medical Center                     Premier Bankcard, LLC
PO Box 8509                              1400 W 43rd                                   Jefferson Capital System, LLC Assignee
Pine Bluff, AR 71611-8509                Pine Bluff, AR 71603-7010                     PO Box 7999
                                                                                       St. Cloud, MN 56302-7999

Premier Bankcard, LLC                    Progressive Leasing                           RMC OF AMERICA
Jefferson Capital Systems, LLC Assignee  PO Box 413110                                 C/O RMC OF AMERICA
PO Box 7999                              Salt Lake City, UT 84141-3110                 PO BOX 21030
St Cloud, MN 56302-7999                                                                WHITE HALL, AR 71612-1030

RMC of America                           (p)TOYOTA MOTOR CREDIT CORPORATION            Tracie Elliott
C/O Maxie Kizer, PA                      PO BOX 8026                                   1510 Oakwood Cir
PO Box 21060                             CEDAR RAPIDS IA 52408-8026                    White Hall, AR 71602-9675
White Hall, AR 71612-1060

U.S. Trustee (ust)                       Efrem Elliott                                 Jack W. Gooding
Office Of U. S. Trustee                  P.O. Box 566                                  Chapter 13 Standing Trustee
200 W Capitol, Ste. 1200                 Altheimer, AR 72004-0566                      P.O. Box 8202
Little Rock, AR 72201-3618                                                             Little Rock, AR 72221-8202

Kent Pray
PRAY LAW FIRM, PA
P.O. Box 94224
N. Little Rock, AR 72190-4224
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | End of Label Matrix<br>Mailable recipients 24<br>Bypassed recipients 0<br>Total 24 |